NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONNIE L. EBRON,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3173

---

Petition for review of the Merit Systems Protection Board in case no. DC0752110002-I-1.

---

**ON MOTION**

---

## ORDER

Ronnie L. Ebron moves without opposition for an extension of time, until November 15, 2011, to file his initial brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 0 6 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan Bell, Esq.
Elizabeth M. Hosford, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 6 2011

JAN HORBALY
CLERK